UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALL PRO CAPITAL FUNDING LLC, ) | Case No. 25-cv-01076-CAB |
| ) | |
| **Plaintiff/Counterclaim** ) | |
| **Defendant,** ) | Judge Christopher A. Boyko |
| ) | |
| v. ) | |
| ) | |
| NORTHEAST OHIO NEIGHBORHOOD ) | |
| HEALTH SERVICES, INC., ) | |
| ) | |
| **Defendant/Counterclaim** ) | |
| **Plaintiff.** ) | |

### REPORT OF THE PARTIES' PLANNING MEETING UNDER
### FED. R. CIV. P. 26(f) AND LR 16.3(b)(3)

1. Pursuant to Fed. Rule Civ. P. 26(f) and LR 16.3(b)(3), a video conference meeting was held on September 15, 2025, and was attended by:

    Steven Friedman and Peter Morrison, attorneys for plaintiff;

    Patrick Rahill and Jeffrey Levinson, attorneys for defendant.

2. The parties do not believe that pre-discovery disclosures are necessary.

3. The parties recommend the following track: Plaintiff recommends Expedited; Defendant recommends Standard.

4. The case is suitable for one or more of the following ADR mechanisms: Not recommended at this time.

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Electronically stored information. The parties have agreed to follow the default standard for discovery of electronically stored information.

7. Recommended Discovery Plan:

(a) The parties' discovery will focus on the Loan Agreement and related documents, the administration of the loan, and the payments that were paid or not paid under the Loan.

(b) Fact discovery cut-off date: Plaintiff requests January 16, 2026; Defendant requests May 31, 2026.

8. Recommended Dispositive Motion dates: Plaintiff requests January 30, 2026; Defendant requests June 15, 2026.

9. Recommended expert discovery date: To the extent applicable, the party with burden of proof on an issue is to serve expert reports by February 27, 2026; rebuttal reports to be served by March 26, 2026; expert discovery to conclude by May 1, 2026.

10. Recommended cut-off date for amending the pleadings and/or adding additional parties: October 15, 2025

11. Recommended date for Status Hearing: Plaintiff requests a status conference as soon as possible. This case is a simple breach of a loan agreement. Plaintiff loaned Defendant $11,000,000 for Defendant's business purposes secured by a mortgage on the business property. Defendant is in default and has failed to repay the loan on its terms. In Plaintiff's view, Defendant

is attempting to delay these proceedings and Plaintiff is being prejudiced due to the lack of supervision over its loan collateral during the intentional delay. Defendant does not concur with Plaintiff's position. Defendant asserts that Plaintiff was the recipient of a fraudulent conveyance that would materially impact Plaintiff's claim, and there may be additional claims arising from the manner in which Plaintiff administered the loan that will be developed through discovery.

12. Recommended date for Settlement Conference: TBA

13. Other matters for consideration: Along with the Complaint, Plaintiff filed an Emergency Motion for the Appointment of a Receiver which is pending. Plaintiff requests that the Court address this Motion at its earliest convenience. The Defendant has opposed the Motion and requests a hearing on the Motion following targeted discovery.

Dated: September 17, 2025                Respectfully submitted,

*s/ Steven A. Friedman*
Peter R. Morrison (0085127)
Steven A. Friedman (0060001)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH  44114
Telephone: 1.216.479.8500
Fax:         1.216.479-8780
E-mail:    peter.morrison@squirepb.com
               steven.friedman@squirepb.com

*Attorneys for Plaintiff/Counterclaim Defendant All Pro Capital Funding LLC*

*s/ Patrick M. Rahill*
Patrick M. Rahill (0093556)
Sean T. Lavin (0073806)
FLANNERY GEORGALIS, LLC
Keith Building, 20th Floor
1621 Euclid Avenue
Cleveland, OH  44115
Telephone:  +1.216.367.2120
E-mail:    prahill@flannerygeorgalis.com
               slavin@flannerygeorgalis.com

*s/ Jeffrey M. Levinson*
Jeffrey M. Levinson (0046746)
LEVINSON LLP
3601 Green Road, Suite 200
Beachwood, OH  44122
Telephone:  +1.216.514.4935
E-mail:    jml@jml-legal.com

*Attorneys for Defendant/Counterclaim Plaintiff Northeast Ohio Neighborhood Health Services, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2025, the foregoing Report of the Parties' Planning Meeting under Fed. R. Civ. P. 26(f) and LR 16.3(b)(3) was filed electronically and is available by operation of the Court's electronic filing system.

*s/ Steven A. Friedman*
Steven A. Friedman
*One of the Attorneys for Plaintiff/Counterclaim Defendant All Pro Capital Funding LLC*