UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ALL PRO CAPITAL FUNDING, LLC.,** | ) ) ) | CASE NO.1:25CV1076 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) ) | |
| | ) | ORDER |
| **NORTHEAST OHIO NEIGHBORHOOD HEALTH SERVICES, INC.** | ) ) ) ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On November 13, 2025, the Court granted Plaintiff's Emergency Motion for Appointment of Receiver based on the factors set forth in *Integrity Energy, Ltd. v. Hunter,* No. 18-cv-978, 2021 WL 3109909, 2021 U.S. Dist. LEXIS 136291 *2 (N.D. Ohio July 22, 2021) (citing *De Boer Structures (U.S.A.), Inc. v. Shaffer Tent & Awning Co.,* 187 F.Supp.2d 910, 925 (S.D. Ohio 2001)) and the parties written agreement. In opposition to the Emergency Motion, Defendant provided the declaration of Charles Lytle, a board member of NEONHS, attesting that NEONHS was meeting payroll of its employees. However, the Court has recently been inundated with calls from NEONHS employees complaining they are not being paid or receiving their employer-provided medical insurance benefits, even though premiums are still being deducted.

The Court agreed to hold in abeyance the further receiver appointment order pending the "parties' (i) joint reporting that discussions continue or a resolution has been reached; or (ii) unilateral reporting by All Pro that NEON has breached its agreement or that it views resolution as not possible."

The Court has not received any report from the parties since its abeyance order.  In light of the serious concerns based on the multitude of calls that NEONHS is not meeting its payroll obligations, the Court orders the parties to submit a joint report on the status of their discussions no later than 4:00 pm EST this day, January 8, 2026.  The joint report shall include an explanation on the above employee complaints.  Failure to satisfy the Court that the conditions of the stay are  being met will result in the entry of the receiver appointment order.

IT IS SO ORDERED.

/s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: January 8, 2026