**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ALL PRO CAPITAL FUNDING LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-cv-01076 |
| | ) | |
| v. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| NORTHEAST OHIO NEIGHBORHOOD | ) | |
| HEALTH SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT IN ACCORDANCE WITH COURT'S JANUARY 8, 2026
ORDER [ECF NO. 47] AND REQUEST FOR STATUS CONFERENCE**

**Joint Statement**

Plaintiff All Pro Capital Funding, LLC ("All Pro") and Defendant Northeast Ohio Neighborhood Health Services, Inc. ("NEON") respectfully provide the Court with the following status update in accordance with the Court's January 8, 2026 Order [ECF No. 47] and respectfully request a status conference at the Court's earliest convenience to further address the Court's concerns.

On December 16, 2025, the Court issued an Order Holding in Abeyance Further Orders on Appointment of Receiver Pending Parties' Reporting ("Abeyance Order") [ECF No. 46]. The Abeyance Order granted the parties' joint motion [ECF No. 45] requesting abeyance, in which All Pro and NEON confirmed they were engaged in ongoing discussions and taking affirmative steps to implement a resolution.

In accordance with the Abeyance Order, All Pro confirms that it and NEON have conferred each week since entry of the Abeyance Order, NEON has timely made weekly payments to All

Pro in the amount of $25,000.00, and to the best of All Pro's knowledge, NEON has met the requirements of the parties' understanding that led to the parties' joint motion [ECF No. 45].

**NEON Statement**

NEON also states that its pursuit of replacement funding is nearing a close, with appraisals of its properties taking place tomorrow, January 9, 2026. Title work on the properties is also underway, which is required for closing. Critically, NEON also received on December 19, 2025 confirmation of the extension through 2027 of its award from the Health Resources and Services Administration of the U.S. Department of Health and Human Services ("HRSA"), in the amount of $15.587 million for 2026 alone.

Notwithstanding these positive and material developments, HRSA imposed an additional layer of review before releasing funds due to the pendency of this litigation, causing delay. NEON relies on these funds for payroll and other administrative costs and thus is working closely with HRSA to release this funding. NEON's employees are committed to its ongoing operations and success, but some have expressed frustration with the interruptions in funding. After receiving updates from NEON, HRSA responded that it was aware of the urgency of this matter and was prioritizing it. NEON is hopeful sufficient funding will be released within 24-72 hours. In the meantime, NEON is seeking a line of credit to assist with administrative costs.

NEON asks that the Court consider these circumstances and continue to hold in abeyance entry of any further order on the appointment of a receiver. All Pro has indicated that it does not intend to fund operations. Therefore, once the receiver is appointed, all of NEON's essential services may end, along with the employment of its doctors, nurses, and administrative staff. NEON needs minimal additional time to secure funding, which will avoid the cessation of its

services to Cleveland's most vulnerable neighborhoods. NEON is requesting a status conference at the Court's earliest convenience to answer additional questions the Court may have.

Respectfully submitted,

/s/ Steven A Friedman
Peter R. Morrison (0085127)
Steven A. Friedman (0060001)
peter.morrison@squirepb.com
steven.friedman@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1100 Key Tower, 127 Public Square
Cleveland, OH 44114
Phone: (216) 479-8500
Fax: (216) 479-8780

*Counsel for Plaintiff All Pro Capital Funding, LLC*

/s/ Jeffrey M. Levinson
Jeffrey M. Levinson (OH: 0046746)
jml@jml-legal.com
**LEVINSON LLP**
3601 Green Rd, Suite 200
Beachwood, OH 44122
Phone: (216) 514-4935
Fax: (216) 479-8780

And

/s/ Christos N. Georgalis
Christos N. Georgalis (OH: 0079433)
chris@flannerygeorgalis.com
**FLANNERY | GEORGALIS, LLC**
1621 Euclid Ave, Floor 20
Cleveland, OH 44115
Phone: (216) 466-0169

*Counsel for Defendant Northeast Ohio Neighborhood Health Services, Inc.*