**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ALL PRO CAPITAL FUNDING LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-cv-01076 |
| | ) | |
| v. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| NORTHEAST OHIO NEIGHBORHOOD | ) | |
| HEALTH SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**UPDATE TO NEON'S STATUS REPORT [ECF NO. 48] FILED
IN ACCORDANCE WITH COURT'S JANUARY 8, 2026 ORDER [ECF NO. 47]**

Defendant Northeast Ohio Neighborhood Health Services, Inc. ("NEON") respectfully provides the Court with the following update to NEON's portion of the status report [ECF No. 48] it filed on January 8, 2026, in accordance with the Court's Order [ECF No. 47], in advance of the status conference on January 9, 2026, at 2:00 pm.

First, importantly, as of today, January 9, 2026, the appraisals for NEON's properties have been completed. NEON anticipates receiving the written appraisals themselves within the next two weeks. NEON also understands that the related title work will be completed within the next two weeks. With this progress, NEON anticipates that the loan will close on or before January 31, 2026.

Furthermore, NEON will be able to make a payment towards payroll today, and NEON has until January 31, 2026, to reinstate health insurance for its employees. One issue impacting NEON's recent funding arose when the Health Resources and Services Administration of the U.S. Department of Health and Human Services ("HRSA") elected to impose an additional layer of

review before releasing its approved $15.587 million award for 2026 due to the pendency of this litigation. NEON relies on these funds for payroll and other administrative costs.

As stated in the January 8, 2026, Status Report, NEON is working closely with HRSA to release this funding. NEON is hopeful that the funding will be released the week of January 11, 2026, based on its conversations with HRSA. Once funding is received, NEON will meet all its administrative and payroll obligations going forward.

NEON asks that the Court consider these updated circumstances and continue to hold in abeyance entry of any further order on the appointment of a receiver.

Respectfully submitted,

/s/ Christos N. Georgalis
Christos N. Georgalis (OH: 0079433)
chris@flannerygeorgalis.com
**FLANNERY | GEORGALIS, LLC**
1621 Euclid Ave, Floor 20
Cleveland, OH 44115
T: (216) 466-0169
F: (614) 526-0601

/s/ Jeffrey M. Levinson
Jeffrey M. Levinson (OH: 0046746)
jml@jml-legal.com
**LEVINSON LLP**
3601 Green Rd, Suite 200
Beachwood, OH 44122
T: (216) 514-4935
F: (216) 479-8780

*Counsel for Defendant Northeast Ohio Neighborhood Health Services, Inc.*

2