# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 25-3932

_____

1:25-cv-01076-CAB   Filed: January 21, 2026

ALL PRO CAPITAL FUNDING LLC, Delaware limited liability company

  Plaintiff - Appellee

v.

NORTHEAST OHIO NEIGHBORHOOD HEALTH SERVICES, INC., an Ohio corporation

  Defendant - Appellant

JASON LAPONZA

  Defendant - Intervenor - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 12/12/2025 the mandate for this case hereby issues today.  Affirmed.

COSTS:  None