**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALL PRO CAPITAL FUNDING LLC, | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | Case No. 25-cv-01076-CAB |
| v. | ) | |
| | ) | Judge Christopher A. Boyko |
| NORTHEAST OHIO NEIGHBORHOOD | ) | |
| HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JASON LAPONZA | ) | |
| | ) | |
| Intervenor Defendant. | ) | |

**ALL PRO CAPITAL FUNDING LLC'S RESPONSE TO COURT'S MARCH 25, 2026**
**OPINION AND ORDER**

Plaintiff All Pro Capital Funding LLC ("All Pro Capital"), in response to the Court's March 25, 2026 Opinion and Order, states that Defendant's counterclaim should either be dismissed per the jurisdiction provision in the DACA or All Pro Capital's Motion to Dismiss the Counterclaim should be reinstated and granted on its merits. All Pro Capital does not waive any rights to contest jurisdiction and venue in any other court for the allegations in Defendant's counterclaim.

Dated: April 1, 2026

Respectfully submitted:

/s/ *Steven A. Friedman*
Peter R. Morrison (OH Bar No. 85127)
Steven A. Friedman (OH Bar No. 60001)
SQUIRE PATTON BOGGS (US) LLP
127 Public Square, 1000 Key Tower
Cleveland, OH 44114
Office: (216) 479-8500
Fax: (216) 479-8780
Email: Peter.morrison@squirepb.com
　　　Steven.friedman@squirepb.com
*Attorneys for All Pro Capital Funding LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2026, a true and correct copy of the foregoing was filed with the Clerk of Courts via e-filing and served upon all counsel of record.

*/s/ Steven A. Friedman*